United States v. Bert

## UNITED STATES COURT OF APPEALS

### FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of February, two thousand sixteen.

PRESENT: ROBERT A. KATZMANN,
                        _Chief Judge_,
          DENNIS JACOBS,
          JOSÉ A. CABRANES,
          ROSEMARY S. POOLER,
          REENA RAGGI,
          RICHARD C. WESLEY,
          PETER W. HALL,
          DEBRA ANN LIVINGSTON,
          GERARD E. LYNCH,
          DENNY CHIN,
          RAYMOND J. LOHIER, JR.,
          SUSAN L. CARNEY,
          CHRISTOPHER F. DRONEY,
                        _Circuit Judges_.

- - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES of AMERICA,

    _Appellee_,

      - v.-                                    14-2428

RAHEEM BERT, aka RAHEEM LINWOOD,
aka RADIO

    _Defendant-Appellant_.

- - - - - - - - - - - - - - - - - - - - - -x

For Appellee:             Douglas M. Pravda, Amy Busa, Assistant United States Attorneys, *for* Robert L. Capers, United States Attorney for the Eastern District of New York, Brooklyn, NY.

For Defendant-
Appellant:             James Darrow, New York, NY.


**ORDER**

Following disposition of this appeal, an active judge of the Court requested a poll on whether to rehear the case en banc. A poll having been conducted and there being no majority favoring en banc review, rehearing en banc is hereby **DENIED**, with opinions to follow.


FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK